UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 19 –22775–CV-(RNS )

FEDNAV INTERNATIONAL LTD.,

     Plaintiff,

vs.

ALLPINE WORLDWIDE LTD.,

     Defendant.

_____

**MOTION REQUESTING COURT TO CONSIDER**
***EX PARTE* APPLICATION FOR ISSUANCE OF**
**RULE B ORDER OF ATTACHMENT AS AN**
**EXPEDITED MOTION IN LIGHT OF RECENT**
**DEVELOPMENTS**

Plaintiff Fednav International Ltd. ("Fednav"), having filed a Verified Complaint in Admiralty on July 5, 2019 with a prayer for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), respectfully requests this Honorable Court to treat the presently pending application on an expedited basis.

**STATEMENT OF FACTS**

On July 8, 2019, a widely-read maritime industry publication essentially blew the whistle on this pending application for *ex parte* relief by publishing as its top news item Plaintiff Fednav's filing of this application before this Court.  (See print of electronic copy of article attached hereto as Exhibit A).  Not only did the publication disclose to the public in general, and the maritime industry in particular, the existence of this *ex parte* application – the publication also directly contacted Defendant Allpine, via their commercial managers Naviera Ulises, to request Defendant's comment on this pending application. ("The complaint says funds from [the] sale of the ship either are or will

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"
CASE NO: 19 –22775–CV-(RNS )
Page -2-

be in the Banco Sabadell accounts, along with proceeds from delivering a sugar cargo at a Russian port. **Naviera Ulises did not immediately return requests for comment.**") (emphasis added). That news article, combined with publication's direct contact with Defendant's commercial managers, has essentially "tipped-off" Defendants' regarding this application, thereby jeopardizing Plaintiff Fednav's efforts to obtain security for its sizable claim against Defendant via the attachment of Defendant's assets in this jurisdiction, in particular funds that upon information and belief are deposited at Banco Sabadell in Miami, the garnishee in this application.

Requests for motions to be treated on an expedited basis in this jurisdiction are governed by this Court's local rules, in particular S.D. Fla. L.R. 7.1(d)(2). That rule states:

> A filer whose time-sensitive motion does not qualify as an emergency motion but who nonetheless requires an expedited ruling by a date certain may file an expedited motion in lieu of an emergency motion. The motion must include the words "Expedited Motion" in the title and must set forth in detail the date by which an expedited ruling is needed and the reason the ruling is needed by the stated date.

Plaintiff Fednav respectfully requests this Honorable Court for an expedited ruling on its pending application for Process of Maritime Attachment and Garnishment by Noon on July 9, 2019. Given the speed of modern international banking and electronic communications, the publication of the article on July 8, 2019 has dramatically shortened the timeline via which the application filed on July 5, 2019 can result in a positive outcome for Plaintiffs – i.e., obtaining security for their substantial claim to be arbitrated in London. Plaintiff Fednav would not be making this application had today's article not been published and the publication at issue had not contacted Defendant directly. For all the above reasons, Plaintiff respectfully requests that the Court issue an order authorizing Process of Maritime Attachment and Garnishment in order to secure Plaintiff's claim up to and including the amount of $1,173,000.00.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"
CASE NO: 19 –22775–CV-(RNS )
Page -3-

Dated this 9th day of July, 2019.

Respectfully submitted,

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone:  (305) 663-0177
Facsimile:  (305) 663-0146

BY:_____//S// Robert W. Blanck, Esq._____
Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
Attorney for Plaintiff Fednav

7861/MtnIssuanceProcessAttachGarnishmnt

3