

# LEGAL

See all articles

| LATEST JOBS | HR Director, Monaco | Freight Trader, Singapore |



The 33,600-dwt Gea (built 2005). The ship was owned by Naviera Ulises before being sold to a Danish outfit. Photo: Doug Shaw/MarineTraffic

# Fednav suing Greek owner after open seas engine failure

8 July 2019 19:37 GMT    UPDATED 8 July 2019 19:37 GMT

by Matt Coyne

Canadian owner Fednav is looking to obtain nearly $1.2m in security ahead of arbitration in London over a ship gone bad.

The privately-held, Montreal-based company sued late last week in Miami federal court, alleging it suffered seven-figure damages after bulk cargo seeped into fuel tanks and damaged engines aboard the Naviera Ulises-connected 33,600-dwt Gea (built 2005) last year. It seeks to garnish bank accounts with Spain's Banco Sabadell in Miami.



**Other people's money does not interest Fednav's Paul Pathy**
Read more

The suit, which names the Gea's one-time registration company, Allpine Worldwide, as the sole defendant, says Fednav chartered the handysize bulker for two-three laden legs in September 2018.

The ship was loaded with 31,500 tonnes of sandy calcined metallurgical grade alumina in Thailand 30 September and set sail for Sept-Iles, near the mouth of the St. Lawrence River in northeastern Quebec.

A week later, the Gea's engine failed in the Indian Ocean, leaving it adrift for 10 days after the alumina allegedly contaminated fuel tanks thanks to corroded vent pipes in the cargo holds. The ship was repaired in South Africa over the next 51 days and released in mid-December 2018.

The damage was discovered, the complaint said, after the cargo was discharged in Canada in mid-January.

The damage meant Fednav had to enter into "a loss-making sub-charter" that ended in February when the ship was redelivered in Poland.



**Greeks warm to handysize bulker buys as market heats up**
Read more

According to the charter, disputes will be settled by the London Maritime Arbitrators Association. So far, both Fednav and Allpine have named arbitrators. The third has yet to be appointed.

Last week, TradeWinds reported the Gea had been sold to Danish outfit Janchart Shipping for about $6.9m.

The complaint says funds from that sale of the ship either are or will be in the Banco Sabadell accounts, along with proceeds from delivering a sugar cargo at a Russian port.

Naviera Ulises did not immediately return requests for comment.

Legal    Fednav    Allpine Worldwide    Banco Sabadell    Naviera Ulises    Gea

---

SPONSOR CONTENT FROM HANSEATICSOFT



**Shipping companies find cost savings in the cloud**
Moving to cloud-based fleet management solutions today can future-proof shipping operations.



## TRENDING TODAY

**Legal**



### Fednav suing Greek owner after open seas engine failure

**Dry Cargo**



### DryShips appoints advisors for George Economou takeover

**Boxships**



### Samsung Heavy Industries delivers "world's largest" container ship
South Korean yard hands over first of six new giant containerships to Mediterranean Shipping