UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 19-22775-CV-RNS

FEDNAV INTERNATIONAL LTD,

      Plaintiff,

vs.

ALLPINE WORLDWIDE LTD.,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFFS EXPEDITED MOTION FOR ISSUANCE OF RULE B ATTACHMENT

This matter having come before the Court upon Plaintiffs Motion for Expedited consideration of its Ex-parte application for issuance of Rule B attachment ( D.E. 7) filed pursuant to S.D. Fla. L.R. 7.1 (d)(2)  and the Court having reviewed the Motion and the file and being otherwise fully advised in the matter it hereby Orders and Adjudges as follows:


The Plaintiffs Expedited Motion is hereby granted.


DONE AND ORDERED at Miami, Florida, this _____ day of July, 2019.


_____
United States District Judge


7861/OrderGrantingExpeditedMotion