UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 19 –22775–CV-(RNS )

FEDNAV INTERNATIONAL LTD,

    Plaintiff,

vs.

ALLPINE WORLDWIDE LTD.,

    Defendant.

_____/

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the PLAINTIFF, FEDNAV INTERNATIONAL LTD. and by and through their undersigned attorneys and hereby files this it's Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal With Prejudice.

WHEREFORE, FEDNAV INTERNATIONAL LTD., petitions that this Court Dismiss this cause with prejudice, each party to bear its own costs and attorneys' fees.

DATED: this  _22nd____   day of  __JULY_____, 2019.

                                            BLANCK & COOPER, P.A.
                                            5730 SW 74 Street
                                            Suite 700
                                            Miami, Florida 33143
                                            ***By://S//Robert W. Blanck, Esq.//*_____**
                                              ROBERT  W.  BLANCK,  Esquire
                                              Attorney for Plaintiff  FEDNAV
                                              Florida Bar No.: 99376

7861/NotVolDismissal