UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"

CASE NO: 19 –22775–CV-(RNS )

FEDNAV INTERNATIONAL LTD,

    Plaintiff,

vs.

ALLPINE WORLDWIDE LTD.,

    Defendant.

_____/

## **ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court upon FEDNAV INTERNATIONAL LTD., Notice of Voluntary Dismissal With Prejudice, the Court having reviewed the same, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this cause be, and the same is, hereby dismissed With Prejudice, each party to bear its own costs and attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida, this _____ day of _____, 2019.

                                                      _____
                                                      United States District Court

cc:  Robert W. Blanck, Esquire rblanck@shiplawusa.com

7861/Order.VolDismissalWithPrejudice